IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. JORGE E. TSUHAKO, ANYIER PALADON, Defendants. | 4:15CR3027 **ORDER** |

Defendants Tsuhako and Paladon have moved to continue the pretrial motion deadline, (filing nos. 61 & 62), because these defendants and their counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motions to continue, (filing nos. 61 & 62), are granted.

2) **As to all defendants**, pretrial motions and briefs shall be filed on or before May 22, 2015.

3) **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and May 22, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

April 27, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge