## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:15CR3027** |
| vs. | |
| ANGEL A. ORAMAS, JORGE E. TSUHAKO, VILMA E. FERNANDEZ, ANYIER PALADON, ELAIN CARTAYA, YUSNEL ABREU LAMAS, | **ORDER** |
| Defendants. | |

Defendant Angel Oramas has moved to continue the trial currently set for June 29, 2015. (Filing No. 73). As explained in the motion, defense counsel is not available during the current trial setting. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Angel Oramas' motion to continue, (filing no. 73), is granted.

2) **As to all defendants**, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 17, 2015, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant Angel Oramas' motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and August 17, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant

additional time might result in a miscarriage of justice.    18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

June 3, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge