IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>ANGEL A. ORAMAS,<br><br>                  Defendants. | 4:15CR3027<br><br>**ORDER** |

The defendant has pleaded guilty. He currently faces a sentence at the low end of the guideline range of 21 months in prison, although Defendant may (or may not) receive a downward departure for his cooperation with the government.

The defendant failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a), that defendant will appear at court proceedings if released. The Court's findings are based on the evidence presented in court and contained in the court's records, including Defendant's past criminal record; his failure to appear for court proceedings in the past; and his repeated violations of his state probation, including leaving the state and moving to other locations without the consent of his state supervising officer and his commission of the crimes in this case (to which he has now pleaded guilty) while on state supervision.

IT IS ORDERED:

1) Defendant's motion for release, (Filing No. 226), is denied.

2) The defendant remains committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) Defendant's sentence is re-scheduled, and will be held before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 1:00 p.m. on December 30, 2015.

December 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge